**Order filed June 23, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00436-CV

———————

### IRMA MEDRANO AND JUAN ROMERO, Appellants

### V.

### STRESSFREE PROPERTY SOLUTIONS & THOMAS BARKER, Appellees

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1061296**

## O R D E R

The notice of appeal in this case was filed May 11, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **July 8, 2015.** *See* Tex. R. App. P. 5. If appellants

fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM